# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GREAT AMERICAN ASSURANCE COMPANY,

    Plaintiff,

v.                                                Case No. 13-12081

ALEXANDER & ANGELAS, P.C., et al.,

    Defendants.
                                              /

## ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

On February 26, 2014, Defendants moved "to compel financial information regarding Plaintiff's sale of non-trucking loss policies in the state of Michigan." (Dkt. # 26.) Subsequently, on March 12, 2014, Plaintiff moved for a protective order. (Dkt. # 31.) The court's resolution of Defendants' motion to compel will moot Plaintiff's motion for a protective order. Accordingly,

IT IS ORDERED that Plaintiff's motion for protective order [Dkt. # 31] is DENIED.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 24, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 24, 2014, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522